# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PRESTON G. DEMOUCHETTE, JR.

NO. 2022 KW 0802

**OOTOBER 12, 2022**

---

In Re:     Preston G. Demouchette, Jr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, Nos. 95-141810, 43542, 89969.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** This court is limited to review of the lower court rulings or the failure of the lower court to act on a properly filed motion or petition. Any application filed in this court should indicate what relief has been sought in the lower court and the result of such filing, and should include a copy of the motion or petition filed in the lower court, a copy of the lower court's rulings, and a copy of all other pertinent documentation.

VGW

EW

**Guidry, J.,** dissents and would transfer the writ application to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction of all criminal writ applications ... relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5 (E).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT